TO:  The Clerk of the Court of Appeals for the Fourteenth Supreme Judicial District

Cause Number 15-CCV-055845

Federal National Mortgage Association    )(  County Court at Law 1
         )(

VS         )(

         )(

Grace Dwellingham; Giovanny Laguan    )(  FORT BEND COUNTY, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/13/2015 9:11:19 AM
CHRISTOPHER A. PRINE
Clerk

JUDGE PRESIDING: Christopher G. Morales

COURT REPORTER: Stephanie A. Webb

COUNSEL FOR APPELLANT: Giovanny Laquan (Pro Se)

    ADDRESS: 2003 Crestmont Circle
         Missouri City, Tx 77459

    TELEPHONE NO:

COUNSEL FOR APPELLEE: Rex L. Kesler, Attorney at Law

    ADDRESS: 2311 Canal Street, Suite 304
         Houston, Tx 77003

    TELEPHONE NO: 281-501-3098

TYPE AND DATE OF DISPOSITION: Final Judgment October 22, 2015

JURY TRIAL: No

APPEALS CONSOLIDATED UNDER THIS CASE:

COMPANION CASES:

NOTICE OF APPEAL FILED ON: November 11, 2015

MOTION FOR NEW TRIAL FILED:

MOTION TO MODIFY JUDGMENT FILED:

MOTION TO REINSTATE FILED:

REQUEST FOR FINDINGS AND CONCLUSIONS FILED: November 5, 2015

        LAURA RICHARD, COUNTY CLERK
        FORT BEND COUNTY, TEXAS

        By _____
           Linda Key-Blue, Deputy

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a/k/a Fannie Mae Plaintiff | § § § § | IN THE COUNTY COURT AT LAW NO. 1 |
| v. | § § | IN AND FOR |
| GRACE DWELLINGHAM, GIOVANNY LAGUAN, AND ALL OCCUPANTS of 3019 Meadowview Drive, Missouri City, Texas 77459 Defendants | § § § § § § | FORT BEND COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, **Giovanny Laguan**, Defendant in the above-styled and numbered cause, and on this __6__ day of **November**, 2015 files this notice of appeal. Mr. Giovanny Laguan, Defendant, is appealing a judgment signed into order, on October 22, 2015 out of the Honorable County Court at Law No. 1, granting Plaintiff, FEDERAL NATIONAL MORTGAGE ASSOCIATION, a/k/a Fannie Mae, possession of the premises located at 3019 Meadowview Drive, Missouri City, Texas 77459. Defendant Laguan, is appealing as indigent, and no supersedeas bond was requested.

WHEREFORE, Premises considered defendant prays that this court grant him this request and such other relief as is just and proper.

Respectfully submitted,

_____(Defendant)
Giovanny Laguan
2003 CRESTMONT CIRCLE
MISSOURI CITY, TX 77459

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was forwarded to all known counsel of record by facsimile, certified mail, return receipt requested, and/or by first class United States mail on November _____6_____, 2015.

**VIA Facsimile: (281) 501-3191**
**Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION,**
**a/k/a Fannie Mae**
**Through Counsel:**
**REX L. KESLER**
**Attorney and Counselor at Law**
**2311 Canal Street, Suite 304**
**Houston, TX 77003**
**PHONE: 281-501-3098**
**FAX: 281-501-3191**

FILED
2015 NOV -6 AM 11:56

Giovanny Laguan
3019 Meadowview Drive
Missouri City TX 77459